## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____ )
)
HARRISON MEDICAL CENTER, *et al.*,  )
)
          Plaintiffs,  )
)
      v.  )      Civil Action No. 19-0964 (ABJ)
)
ALEX M. AZAR, II,  )
*Secretary, United States Department*  )
*of Health and Human Services*,  )
)
          Defendant.  )
_____ )

## ORDER FOR CONSOLIDATION

Pursuant to Fed. R. Civ. P. 42, upon the Court's own motion and in light of the parties' notice that they do not object to consolidation, [Dkt. # 9], it is ORDERED that *Harrison Medical Center v. Azar*, 19-cv-0964-ABJ, is consolidated with *Albert Einstein Healthcare Network v. Azar*, 1:17-cv-1134-ABJ.  It is FURTHER ORDERED that the Clerk's Office close the *Harrison Medical Center v. Azar* case and transfer plaintiffs in that case to the *Albert Einstein Healthcare Network* case.  It is FURTHER ORDERED that all filings in the consolidated case shall be filed only in *Albert Einstein Healthcare Network*.  The stay entered in *Albert Einstein Healthcare Network* and the order for a joint status report remain in effect.

AMY BERMAN JACKSON
United States District Judge

DATE:  April 24, 2019